### ROSENBERG v. McMICHAEL.

(Supreme Court, Appellate Term.   February 8, 1900.)

APPEAL—JURISDICTION OF MUNICIPAL COURT.
   Where the jurisdiction of the municipal court does not appear by averment or by evidence in the return, its judgment must be reversed on appeal.

Appeal from municipal court, borough of Manhattan, First district.
Action by Charles Rosenberg against Arkell R. McMichael.   From a judgment in favor of defendant, plaintiff appeals.   Reversed.
Argued before FREEDMAN, P. J., and MacLEAN and LEVENTRITT, JJ.

Leventritt & Brennan, for appellant.
Arthur Furber, for respondent.

PER CURIAM.   The jurisdiction of the court below appearing neither by averment nor by evidence in the return, the judgment must be reversed.   Frees v. Ford, 6 N. Y. 176; Gilbert v. York, 111 N. Y. 544, 19 N. E. 268.
Judgment reversed, and a new trial ordered, with costs to the appellant to abide the event.

LEVENTRITT, J., taking no part.